JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY E. BRANDLIN, Receiver for NTV Financial Group, Inc., <br><br> Plaintiff, <br><br> v. <br><br> MICHELLE NGUYEN, an individual, <br><br> Defendant. | Case No. 2:21-cv-04790-SVW-KES <br><br> **JUDGMENT** <br><br> Date: November 22, 2021 <br> Time: 1:30 p.m. <br> Place: Courtroom 10A <br> 350 W. 1st Street <br> Los Angeles, California 90012 |

The Motion of Plaintiff Jeffrey E. Brandlin, Receiver for NTV Financial Group, Inc., for Summary Judgment as to Defendant Michelle Nguyen, came on for hearing, having been duly noticed, on November 22, 2021 at 1:30 p.m. before the Honorable Stephen V. Wilson, United States District Court Judge. The Court having found that the entry of Summary Judgment is appropriate,

IT IS HEREBY ORDERED AND ADJUDGED:

1. Judgment in this case is granted in favor of Plaintiff Jeffrey E. Brandlin, Receiver for NTV Financial Group, Inc., and against Defendant Michelle Nguyen, as follows:

17118.1:10394955.1

1         (a)    Defendant Michelle Nguyen shall pay Plaintiff Jeffrey E. Brandlin, Receiver for NTV Financial Group, Inc., $57,345.00, plus prejudgment interest in the amount of $13,380.95.

DATED: November 24, 2021

_____
Honorable Stephen V. Wilson
United States District Court Judge